SUE FAHAMI
Assistant United States Attorney
District of Nevada
Nevada Bar No. 5634
REEM BLAIK
Assistant United States Attorney
Nevada Bar No. 16386
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Reem.Blaik@usdoj.gov

*Attorneys for Federal Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Maceo Wells,<br><br>              Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, through the United States Postal Service, an agency of the Government of the United States of America, DOES I through 10, inclusive; and, ROE BUSINESS ENTITIES 1 through 10 inclusive,<br><br>              Defendants. | Case No. 2:23-cv-01502-CDS-DJA<br><br>**Stipulation and Order to Modify Existing Scheduling Order**<br><br>**(Fourth Request)** |

Plaintiff and Federal Defendant stipulate to and request a three-week extension of time to submit the Parties' proposed Joint Pretrial Order, moving the deadline from February 3, 2025 to February 24, 2025. This is the Parties' fourth request to modify the Scheduling Order.

This request is made in good faith. Counsel for Federal Defendant is the lead and sole trial attorney in a trial beginning on February 4, 2025 (*Howard v. United States*, 2:22-cv-01004-JAD-DJA). This extension will allow the Parties the additional time needed to agree on issues and documents before trial.

///

///

1

Accordingly, the Parties respectfully request that the deadline to submit a proposed Joint Pretrial Order be extended to **February 24, 2025**.

IT IS SO STIPULATED AND AGREED

Dated this 28th day of January, 2025.               Dated this 28th day of January, 2025.

**UNITED STATES ATTORNEY'S OFFICE**                **DIMOPOULOS LAW FIRM**

 /s/ Reem Blaik                                     /s/ Paul A. Shpirt
SUE FAHAMI                                         PAUL A. SHPIRT
Acting United States Attorney                       Counsel for Plaintiff
Nevada Bar No. 5634                                 Nevada Bar No. 10441
REEM BLAIK                                          6671 Las Vegas Blvd. South, Ste. 275
Assistant United States Attorney                    Las Vegas, Nevada 89119
Nevada Bar No. 16386
501 Las Vegas Blvd. South, Ste. 1100                *Attorneys for Plaintiff*
Las Vegas, Nevada 89101

*Attorneys for Federal Defendant*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____January 29_____, 2025

2