SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar Number 8264
REEM BLAIK
Assistant United States Attorney
Nevada Bar No. 16386
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Reem.Blaik@usdoj.gov
*Attorneys for Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MACEO WELLS,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>UNITED STATES OF AMERICA, through the United States Postal Service, an agency of the Government of the United States of America, DOES I through 10, inclusive; and, ROE BUSINESS ENTITIES 1 through 10 inclusive,<br><br>　　　　Defendant | Case No. 2:23-cv-01502-CDS-DJA<br><br>**Stipulation and Order to Continue Trial (First Request)**<br><br>[ECF No. 23] |

　　　　Pursuant to Local Rule IA 6-1 and Local Rule 7-1, Plaintiff and Federal Defendant, through their counsel of record (the "Parties"), stipulate and request that the Court continue the trial currently scheduled to begin on October 20, 2025. The Parties stipulate and request to continue the trial to the week of **April 13, 2026**, or a date thereafter at the convenience of the Court's calendar. This request for a continuance is made in good faith and not for any improper delay. This is the first request to continue the trial.

　　　　Good cause exists to continue the trial date because Federal Defendant's lead and sole trial counsel, Reem Blaik, anticipates a medical condition and related leave that overlaps with the current setting for preparation and trial. This condition is anticipated to render Federal Defendant's counsel unavailable for trial.

*/ / /*

The Parties jointly request a continuance to accommodate this unavoidable scheduling conflict to ensure effective representation.

IT IS SO STIPULATED AND AGREED.

| Dated this 1st day of July, 2025. | Dated this 1st day of July, 2025. |
|---|---|
| SIGAL CHATTAH<br>United States Attorney | DIMOPOULOS LAW FIRM |
| /s/ Reem Blaik<br>REEM BLAIK<br>Assistant United States Attorney<br>501 Las Vegas Blvd. South, Ste. 1100<br>Las Vegas, Nevada 89101 | /s/ Paul A. Shpirt<br>PAUL A. SHPIRT<br>Counsel for Plaintiff<br>6671 Las Vegas Blvd. South, Ste. 275<br>Las Vegas, Nevada 89119 |
| *Attorneys for Federal Defendant* | *Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 2, 2025