TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 5144
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Email: james.sweetin@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MACEO WELLS,<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant | Case No. 2:23-cv-01502-CDS-DJA<br><br>**Order Approving Joint Stipulation to Extend Trial Date and Pretrial Deadlines**<br><br>**(Second Request)**<br><br>[ECF No. 34] |

Pursuant to LR IA 6-1 and LR 7-1, the parties respectfully request that the Court reschedule the August 17, 2026, trial date and all pretrial deadlines that are established in the Court's Order (ECF No. 27). This is the second request to reschedule the trial date, and the grounds for the request are set forth below. The parties request to continue the trial date to the week of November 16, 2026, or a date thereafter convenient for this Court. The parties seek this extension for good cause, not for purposes of delay.

The Court granted a continuance of the scheduled settlement conference in this matter, currently set on August 7, 2026. The undersigned defense counsel was recently assigned to this case and needs additional time to review the file and prepare for trial, should this matter not resolve at the settlement conference. Defense counsel also has a number of depositions, a settlement conference in another matter and filing deadlines between now and August 17, 2026. The current schedule would not allow defense counsel

time to prepare for trial. Plaintiff's counsel has also been recently reassigned to this matter and will need time for trial preparation.

It is noted that the civil division of the USAO-Nevada is still not operating at full capacity, needing to fill 6 vacant attorney positions, and is now operating at 40% of the normal attorney staffing level. Beyond that, the civil division is responsible for responding to habeas petitions in immigration case which have recently dramatically increased in number. This office has received over 50 habeas corpus immigration cases since the beginning of July 2026, many of which have accompanying orders to show cause, necessitating the preparation of responsive pleadings within a short time frame. For the above stated reasons, the undersigned defense counsel will need more time to prepare for trial in the event this case cannot be settled through the upcoming settlement conference.

Accordingly, the parties respectfully request that the Court reschedule the trial date and all pretrial deadlines to the week of November 16, 2026, or a date thereafter convenient for this Court.

Respectfully submitted this 17th day of July 2026.

DIMOPOULOS LAW FIRM

/s/ Johnathan Leavitt
JOHNATHAN LEAVITT, ESQ.
*Attorneys for Plaintiff*

TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ James R. Sweetin*
JAMES R. SWEETIN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite1100
Las Vegas, Nevada 89101
*Attorneys for United States*

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

**DATED:** July 22, 2026