TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 5144
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Email: james.sweetin@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MACEO WELLS,<br>Plaintiff<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant | Case No. 2:23-cv-01502-CDS-DJA<br>**Order Approving Joint Stipulation to Extend Trial Date and Pretrial Deadlines**<br>**(Third Request)**<br>[ECF No. 45] |

Pursuant to LR IA 6-1 and LR 7-1, the parties respectfully request that the Court reschedule the November 16, 2026, trial date and all pretrial deadlines that are established in the Court's Order (ECF No. 35). This is the third request to reschedule the trial date, and the grounds for the request are set forth below. The parties request to continue the trial date to the week of February 15, 2027, or a date thereafter convenient for this Court. The parties seek this extension for good cause, not for purposes of delay.

The settlement conference in this case was held on October 16, 2026, and Plaintiff was given until Friday, October 23, 2026, at 3:00 p.m. PST to accept the Defendant United States' offer. Unfortunately, the case did not settle, and the parties will need to focus their efforts on trial preparation. The trial is currently set on November 16, 2026 at 9:30 a.m.

Defense counsel has a number of depositions, a settlement conference in *Hunter v. United States of America*, Case No. 2:25-cv-01768-ART-BNW, mediation brief and preparation in *Cuevas Solar v. United States of America*, Case No. 2:24-cv-01260-CDS-NJK, Expert disclosures in other matters and filing deadlines between now and November 16, 2026. The current schedule would not allow defense counsel time to prepare for trial. Plaintiff's counsel will need time for trial preparation.

It is noted that the civil division of the USAO-Nevada is still not operating at full capacity, needing to fill 6 vacant attorney positions, and is now operating at 40% of the normal attorney staffing level. Beyond that, the civil division is responsible for responding to habeas petitions in immigration case which have recently dramatically increased in number. This office has received numerous habeas corpus immigration cases since the beginning of October 2026, many of which have accompanying orders to show cause, necessitating the preparation of responsive pleadings within a short time frame. For the above stated reasons, the undersigned Defense counsel will need more time to prepare for trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, parties respectfully request that the Court reschedule the trial date and all pretrial deadlines to the week of February 15, 2027, or a date thereafter convenient for this Court.

Respectfully submitted this 26th day of October 2026.

DIMOPOULOS LAW FIRM

/s/ Kevin Lazar
KEVIN LAZAR, ESQ.
*Attorneys for Plaintiff*

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ James R. Sweetin*
JAMES R. SWEETIN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite1100
Las Vegas, Nevada 89101
*Attorneys for United States*

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

**DATED:** October 28, 2026

It is ordered that the trial is continued to February 22, 2027, at 9:30 a.m.; and the calendar call is continued to February 17, 2027, at 9:30 a.m. in LV Courtroom 6B.